UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **1:10-cr-0102 WTL-KPF** |
| | ) | |
| v. | ) | CAUSE NO. 1:10-CR- |
| | ) | |
| KEXUE HUANG, A/K/A "JOHN", | ) | |
| | ) | |
| Defendant. | ) | |

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1-12 | 18 USC § 1831(a)(1), 1831(a)(4) and 2 | NMT 15 years | NMT $500,000 | NMT 3 years |
| 13-17 | 18 USC § 2314 and 2 | NMT 10 years | NMT $250,000 | NMT 3 years |

Dated: _____

_____
KEXUE HUANG, A/K/A "JOHN"
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgment.

_____
Kennard P. Foster
United States Magistrate Judge
Southern District of Indiana