| RIGHTS FORM | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF INDIANA | (Rev. 8/87)<br>SDI FORM B-2 |

MAGISTRATE CAUSE NO.
CAUSE NO. <u>1:10-cr-0102-WTL-KPF-1</u>

STATUTE: <u>18:1831(a)(1), 1831(a)(4) and 2; 2314 and 2</u>

1. Defendant's Name: <u>KEXUE HUANG</u>

2. Offense Charged: <u>theft of trade secrets, interstate and foreign transportation of stolen property</u>

3. You are before a United States Magistrate and at the close of these proceedings you will be requested to sign an acknowledgment.

4. A grand jury indictment has been filed charging you with a violation of the laws of the United States, in particular, a violation of (the Magistrate reads the grand jury indictment).

5. You have a right to be represented by counsel and to retain an attorney before proceeding with this hearing. If you are financially unable to obtain the services of an attorney, I shall appoint one to represent you at this hearing without expense to you or you may waive the right to be so represented in any further proceedings before a United States District Judge. There is an attorney present and available to confer with you at this time. If an attorney is appointed for you, he will continue to represent you until he is relieved by order of the District Court. (Defendant was given the opportunity to complete CJA Form 1 or 3a or, if defendant waived the right to counsel, the opportunity to complete SDI Form D.)

6. The Magistrate observes that <u>William Marsh and Mike Donahoe</u> are present, however the Court will appoint a panel attorney for all future hearings, but it is my responsibility to advise you of your rights. If you have funds available, you may be ordered to reimburse the government for the appointed attorney fees.

7. You are further advised that you are not being called upon at this time to plead guilty or not guilty to the charge(s) in the indictment; you are not required to make any statement at this time or at any other time when you are in custody; and any statement you make, either orally or in writing, can be used against you.

8. Since this is a grand jury indictment, you are NOT entitled to a preliminary hearing.

9. You are further advised that you are entitled to be considered for pre-trial release under terms and conditions fixed by the court to insure your appearance at trial.

    In a limited number of cases, the United States may ask for pre-trial detention. Detention can only be imposed after a hearing and only if the Court decides no release conditions are adequate to protect the community and/or insure your attendance at trial.

10. Defendant acknowledges that the Magistrate has made the statements herein and that the defendant has received a copy.

DATED: <u>8/31/10</u>  _____
                      Defendant's Signature

I certify that the defendant was advised of his rights in the manner set forth above and that he ~~signed (or refused to sign)~~ the acknowledgment.

DATED: <u>8/31/10</u>  _____
                      Kennard P. Foster
                      United States Magistrate Judge